

333 EARLE OVINGTON BOULEVARD, SUITE 402
UNIONDALE, NEW YORK 11553
T: 516-203-7600
F: 516-282-7878

August 22, 2024

*Via ECF*

Hon. Ronnie Abrams
U.S. District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

    Re:    *Michelle Ong v. Townsquare Media, Inc.*
            Case No: 1:24-cv-03877-RA

Dear Judge Abrams:

We are the attorneys for plaintiff Michelle Ong ("*Plaintiff*") on the above-captioned matter. Pursuant to Section 1(D) of Your Honor's Individuals Rules & Practices, we write to respectfully request an adjournment of the initial conference date, currently scheduled for August 30, 2024, [Dkt. No. 19] and related deadlines until at least September 30, 2024.

The primary reason for this request is to reserve resources while the Defendant's Motion to Dismiss, filed August 19, 2024, [Dkt. No. 20] is pending with the Court and to permit the parties to continue with their ongoing settlement discussions. Defendant Townsquare Media, Inc. ("*Defendant*") consents to this request for an adjournment. This is the parties' second request for adjournment. The Court granted the parties' first request to adjourn the conference on July 2, 2024. [Dkt. No.19].

We thank the Court for consideration of this request.

           Respectfully submitted,

           **SANDERS LAW GROUP**

             */s/ Jaymie Sabilia-Heffert*
           Jaymie Sabilia-Heffert, Esq.
           *Attorneys for Plaintiff*

cc: All counsel of record via ECF

---

Application granted. The initial pretrial conference originally scheduled for August 30, 2024 is hereby adjourned to October 11, 2024 at 4:00 p.m. Should the parties wish to update their joint letter and/or their proposed case management plan and scheduling order, they shall do so no later than October 4, 2024.

SO ORDERED.

_____
Hon. Ronnie Abrams
August 23, 2024