UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHELLE ONG,

             Plaintiff,

     v.

TOWNSQUARE MEDIA, INC.,

             Defendant.

No. 24-cv-3877 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On October 22, 2024, Defendant moved to stay discovery in this action pending a decision on its motion to dismiss. Having considered the relevant factors in deciding whether to stay discovery pending a dispositive motion—the strength of the dispositive motion, the breadth of discovery sought and the burden of responding to it, as well as prejudice to the party opposing the stay, *see Spencer Trask Software & Info. Servs., LLC v. RPost Int'l Ltd.*, 206 F.R.D. 367, 368 (S.D.N.Y. 2002)—the Court finds that a stay is appropriate here. Accordingly, discovery in this action is hereby stayed pending further order of the Court.

SO ORDERED.

Dated:    January 2, 2025
            New York, New York

                                            Hon. Ronnie Abrams
                                            United States District Judge